UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 16 AM 10: 45
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Docket No. |
| Plaintiff, | ) '08 MJ 2173 |
| v. | ) COMPLAINT FOR VIOLATION OF |
| Yoni PEREZ-Mendez, | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **July 14, 2008** within the Southern District of California, defendant, **Yoni PEREZ-Mendez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **JULY, 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Yoni PEREZ-Mendez

## PROBABLE CAUSE STATEMENT

On July 14, 2008, Senior Patrol Agent J. R. Serrano was performing uniformed line watch duties with the Chula Vista Station All Terrain Vehicle Unit. At approximately 5:35 p.m., Agent Serrano responded to a seismic intrusion device activation in an area were located Northeast of the Otay Mesa, California, Port of Entry.

Upon arriving in the area and after a brief search, Agent Serrano was able to locate six individuals crawling on their hands and knees. Agent Serrano approached the group and identified himself as a Border Patrol Agent and began questioning them as to their citizenship. All six, including one later identified as the defendant **Yoni PEREZ-Mendez**, admitted to being citizens of Mexico without any immigration documents allowing them to be or remain in the United States legally. Agent Serrano arrested all six individuals and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. Perez' record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the Perez was previously deported to **Mexico** on **July 23, 2002** through **San Ysidro, California.** These same records show that Perez has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**PEREZ** was advised of his Miranda rights. **PEREZ** stated that he understood his rights and was willing to answer questions without an attorney present. **PEREZ** also admitted that he is a citizen and national of Mexico, illegally present in the United States.